## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF : J.B. | : | No. 386 WAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.B. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of June, 2017, the Petition for Allowance of Appeal is hereby

**GRANTED**, **LIMITED** to the following issues, as stated by Petitioner:

1. Did the Superior Court err in holding that the evidence adduced at [J.B.'s juvenile adjudication hearing], when viewed in the light most favorable to the Commonwealth as the verdict winner, was sufficient to establish beyond a reasonable doubt that Appellant J.B. committed the crimes in question?

2. Did the Superior Court err in holding that the juvenile court committed no palpable abuse of discretion in finding that Appellant J.B. committed the crimes in question, when the verdict was against the weight of the evidence introduced at [his juvenile adjudication hearing]?

The Petition is otherwise **DENIED**.

Justices Donohue and Wecht did not participate in the decision of this matter.